IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHARLES JOSEPH, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:08-CV-128 (CDL) |
| MICHAEL B. MUKASEY and RAYMOND A. SIMONSE | * |
| Respondents. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 16, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE